UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61284-ALTMAN/Hunt

**STRIKE 3 HOLDINGS, LLC**,

 *Plaintiff*,

v.

**JOHN DOE**, *et al.*,

 *Defendants.*

_____/

## ORDER

The Federal Rules provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. Case Numbers 25-cv-61077 and 25-cv-80674 are hereby **CONSOLIDATED** into Case Number 22-cv-61284-RKA.

2. Case Numbers 25-cv-61077 and 25-cv-80674 shall be administratively **CLOSED**. All future filings shall be made under *Strike 3 Holdings LLC v. John Doe*, No. 22-cv-61284-RKA.

3. Any pending motions in Case Numbers 25-cv-61077 and 25-cv-80674 are **DENIED as moot**.

4. By **June 25, 2025**, the Plaintiff shall file a single, combined complaint, which will govern this case.

5. By **July 9, 2025**, the Plaintiff shall identify and serve the Defendants. Until then, this case shall proceed on our inactive docket. This case, therefore, shall remain **CLOSED**. The Plaintiff shall file a motion to reopen within 7 days after it has identified and served all defendants.

6. This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

7. The Clerk of Court shall docket this Order in the following cases:

    a. *Strike 3 Holdings LLC v. John Doe*, No. 22-cv-61284-RKA

    b. *Strike 3 Holdings LLC v. John Doe*, No. 25-cv-61077-RKA

    c. *Strike 3 Holdings LLC v. John Doe*, No. 25-cv-80674-RKA

**DONE AND ORDERED** in the Southern District of Florida on June 4, 2025.

                              **ROY K. ALTMAN**
                              **UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2